**Jeffrey Scott CLEGG, Plaintiff–Appellant,**

v.

**Shirley DAVIS, Nurse; C.L. Woody, Correctional Officer, Defendants–Appellees.**

No. 01–6406.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Jeffrey Scott Clegg, pro se. Deborrah Lynn Newton, Assistant Attorney General, Jane Ray Garvey, William Dennis Worley,

Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jeffrey Scott Clegg appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Clegg v. Davis*, No. CA–99–199–5–F (E.D.N.C. Feb. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*